Luis L. Lozada (pro hac vice)
Deylin O. Thrift-Viveros (pro hac vice)
Leticia M. Saucedo (pro hac vice forthcoming)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: llozada@maldef.org
       dthrift-viveros@maldef.org
       lsaucedo@maldef.org

Kathia Quiros (NV Bar No. 8874)
GWP IMMIGRATION LAW
8942 Spanish Ridge Ave., Ste. 1
Las Vegas, NV 89148
Website: www.gwp.law
Telephone: (702) 737-7717
Email: kq@gwp.law

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE HERNANDEZ CASTRO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION,<br><br>Defendant. | Case No.: 2:22-cv-01563-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed: September 16, 2022<br>Current Response Date: December 27, 2022<br>New Response Date: January 10, 2023<br>New Reply Date: January 24, 2023 |

# **STIPULATION**

Plaintiff Jorge Hernandez Castro ("Plaintiff") and Defendant One Nevada Credit Union ("One Nevada"), by and through their respective counsel of record, hereby stipulate as follows:

On September 16, 2022, Plaintiff filed the Complaint in this action (Dkt. No. 1);

On October 14, 2022, One Nevada waived service of the Summons in this action, providing One Nevada with 60 days to respond to the Complaint (Dkt. No. 16);

On December 14, 2022, One Nevada filed a Motion to Dismiss Plaintiff's Complaint (Dkt. No. 17), with a response date of December 27, 2022;

The Parties have conferred and agreed to a 14-day extension of Plaintiff's deadline to respond to the Motion to Dismiss from December 27, 2022 to January 10, 2023 to allow counsel for Plaintiff sufficient time to prepare such response;

The Parties have conferred and agreed to a 7-day extension of One Nevada's deadline to file a reply to Plaintiff's response from January 17, 2023 to January 24, 2023;

The filer of this document attests that the concurrence in the filing of this document has been obtained from counsel for One Nevada under LR IC 5-1(d);

No trial date has been set for this action, the extension requested is not intended for purposes of delay, and no party will be prejudiced by the extension requested;

This is the first request for extension of time in this matter;

The Parties request that, for good cause show, the Court enter an order extending Plaintiff's deadline to respond to the Motion to Dismiss by fourteen (14) days through January 10, 2023, and extending One Nevada's deadline to file a reply by seven (7) days through January 24, 2023;

The Parties stipulate and agree, through their undersigned counsel, subject to the Court's approval, that Plaintiff will have until January 10, 2023 to file its response to the Motion to Dismiss, and that One Nevada will have until January 24, 2023 to file its reply to such response.

///

///

- 1 -

**STIPULATION AND ORDER**
**FOR EXTENSION OF TIME**                                                                              CASE NO.: 2:22-cv-01563-GMN-BNW

Respectfully submitted,

Dated: December 19, 2022

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

/s/ Luis L. Lozada
Luis L. Lozada
Deylin O. Thrift-Viveros
Leticia M. Saucedo
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

Kathia Quiros
GWP IMMIGRATION LAW

*Attorneys for Plaintiff Hernandez Castro and the Proposed Classes*

Dated: December 19, 2022

**GORDON REES SCULLY MANSUKHANI LLP**

/s/ Chad A. Harrison
Robert E. Schumacher
Chad A. Harrison
GORDON REES SCULLY MANSUKHANI LLP

*Attorneys for Defendant One Nevada Credit Union*

## ORDER

**IT IS SO ORDERED.**

Dated this  21  day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically submitted the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME** to the office of the Clerk of the United States District Court for the District of Nevada for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert E. Schumacher
Gordon Rees Scully Mansukhani LLP
rschumacher@grsm.com

Chad Harrison
Gordon Rees Scully Mansukhani LLP
charrison@grsm.com

*Attorneys for Defendant One Nevada Credit Union*

Dated: December 19, 2022

/s/ Luis L. Lozada<br>Luis L. Lozada