ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No.7504
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone:  (702) 577-9300
Direct Line:  (702) 577-9319
Facsimile:  (702) 255-2858
Email:  rschumacher@grsm.com
          charrison@grsm.com

*Attorneys for Defendant,*
*ONE NEVADA CREDIT UNION*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORGE HERNANDEZ CASTRO, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ONE NEVADA CREDIT UNION,<br><br>                    Defendant. | CASE NO.: 2:22-cv-01563-GMN-BNW<br><br>**STIPULATION AND ORDER TO STAY COURT'S RULING ON DEFENDANT ONE NEVADA CREDIT UNION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendant ONE NEVADA CREDIT UNION ("Defendant"), by and through its attorneys of record, Robert E. Schumacher, Esq. and Chad A. Harrison, Esq. of the law firm of GORDON & REES LLP, and Plaintiff JORGE HERNANDEZ CASTRO ("Plaintiff") by and through his attorney of record, Eduardo Casas, Staff Attorney, Los Angeles Regional Office, Mexican American Legal Defense and Educational Fund**,** hereby stipulate and agree to stay the Court's ruling on Defendant's Motion to Dismiss Plaintiff's Complaint while the parties' settlement discussions are pending.

STIPULATED AND AGREED

| | |
|---|---|
| LOS ANGELES REGIONAL OFFICE, MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | GORDON REES SCULLY MANSUKHANI LLP |
| */s/ Eduardo Casa* <br> EDUARDO CASAS, ESQ. <br> Staff Attorney <br> 634 S. Spring Street, 11th Floor <br> Los Angeles, CA 90014 <br> ***Attorney for Plaintiff*** <br> ***JORGE HERNANDEZ CASTRO*** | */s/ Chad A. Harrison* <br> ROBERT E. SCHUMACHER, ESQ. <br> Nevada Bar No. 7504 <br> CHAD A. HARRISON, ESQ. <br> Nevada Bar No. 13888 <br> 400 S. 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br> ***Attorneys for Defendant*** <br> ***ONE NEVADA CREDIT UNION*** |

## ORDER

IT IS HEREBY ORDERED that the Court's ruling on Defendant's Motion to Dismiss Plaintiff's Complaint shall be stayed to allow the parties to participate in settlement discussions.

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 22, 2023